ELEANOR M. LACKMAN (SBN 298594)
  eml@msk.com
ANDREW F. NIETES (SBN 333998)
  afn@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| L.A. DESSERTS, INC., | **CASE NO.: 25-cv-12271** |
|---|---|
| Plaintiff, | **PLAINTIFF'S CERTIFICATION AND NOTICE OF INTERESTED PARTIES** |
| v. | **(LOCAL RULE 7.1-1; FED. R. CIV. P. 7.1)** |
| 65 WALL HOLDINGS, LLC, | |
| Defendant. | |

Mitchell
Silberberg &
Knupp LLP

**NOTICE OF INTERESTED PARTIES**

21299809.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, plaintiff L.A. Desserts, Inc., by and through its undersigned attorneys, states that no publicly-held corporations own 10% or more of its stock.

Pursuant to Local Rule 7.1-1, the undersigned, counsel of record for Plaintiff L.A. Desserts, Inc. certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1.  L.A. Desserts, Inc.

2.  65 Wall Holdings, LLC

The undersigned is not presently aware of any other parties that must be disclosed pursuant to Federal Rule of Civil Procedure 7.1 or Local Rule 7.1-1.

DATED: December 29, 2025

ELEANOR M. LACKMAN
ANDREW F. NIETES
MITCHELL SILBERBERG & KNUPP LLP

By: /s/ Eleanor M. Lackman

Eleanor M. Lackman (SBN 298594)
Andrew F. Nietes (SBN 333998)
*Attorneys for Plaintiff L.A. Desserts, Inc.*

Mitchell
Silberberg &
Knupp LLP

2

**NOTICE OF INTERESTED PARTIES**

21299809.1