ELEANOR M. LACKMAN (SBN 298594)
  eml@msk.com
ANDREW F. NIETES (SBN 333998)
  afn@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| L.A. DESSERTS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>65 WALL HOLDINGS, LLC,<br><br>Defendant. | **CASE NO.: 25-CV-12271**<br><br>**APPLICATION FOR LEAVE TO FILE CERTAIN DOCUMENTS UNDER SEAL; MEMORANDUM OF POINTS AND AUTHORITIES**<br><br>Complaint Filed: 12/29/2025 |
|---|---|

Mitchell
Silberberg &
Knupp LLP

**APPLICATION TO FILE DOCUMENTS UNDER SEAL**

21296015.1

**PLEASE TAKE NOTICE** that Plaintiff L.A. Desserts, Inc. ("LAD") hereby moves the Court for an order, pursuant to Federal Rule of Civil Procedure 5.2(d) and Local Rule 79-5.2.2, permitting LAD to file under seal unredacted versions of documents filed concurrently with and in support of its Complaint against Defendant 65 Wall Holdings, LLC ("65WH") and *Ex Parte* Application for Temporary Restraining Order and Order to Show Cause Why a Preliminary Injunction Should Not Issue ("TRO Application").

This application seeks an order granting LAD leave to filed under seal the following documents pursuant to Local Rule 79-5.2.2(b):

| Document | Portions to be Sealed |
|---|---|
| Exhibit 4 to the Declaration of India Irving | Entire Document |
| Complaint | Highlighted excerpts |
| TRO Application | Highlighted excerpts |
| Declaration of Eleanor M. Lackman in Support of the TRO Application | Highlighted excerpts |
| Exhibit 8 to the Declaration of Eleanor M. Lackman in Support of the TRO Application | Highlighted excerpts |

Mitchell Silberberg & Knupp LLP

2

**APPLICATION TO FILE DOCUMENTS UNDER SEAL**

Compelling reasons exist to grant this requested relief because the Confidential Settlement Agreement contains confidential settlement information, which is subject to an explicit confidentiality agreement between the parties, and the unredacted Complaint and TRO Application contain, reference, and/or summarize terms such terms.

LAD's request will be based on the facts and arguments presented herein and in the supporting Declaration of Eleanor M. Lackman ("Lackman Sealing Decl.") establishing compelling reasons for sealing the instant documents and information.

DATED: December 29, 2025        ELEANOR M. LACKMAN
                                ANDREW F. NIETES
                                MITCHELL SILBERBERG & KNUPP LLP


                                By:   /s/ Eleanor M. Lackman
                                      Eleanor M. Lackman (SBN 298594)
                                      Andrew F. Nietes (SBN 333998)
                                      *Attorneys for Plaintiff L.A. Desserts, Inc.*

Mitchell
Silberberg &
Knupp LLP

**APPLICATION TO FILE DOCUMENTS UNDER SEAL**

## MEMORANDUM OF POINTS AND AUTHORITIES

## I.  INTRODUCTION

Pursuant to Federal Rule of Civil Procedure 5.2(d) and Local Rule 79-5.2.2, Plaintiff L.A. Desserts, Inc. ("LAD") hereby submits this Application for Leave to File Certain Documents Under Seal (the "Application") with and in support of its Complaint against Defendant 65 Wall Holdings, LLC ("65WH") and *Ex Parte* Application for Temporary Restraining Order and Order to Show Cause Why a Preliminary Injunction Should Not Issue ("TRO Application").

This application seeks an order granting LAD leave to filed under seal the following documents pursuant to Local Rule 79-5.2.2(b):

| Document | Portions to be Sealed |
|---|---|
| Exhibit 4 to the Declaration of India Irving ("Confidential Settlement Agreement") | Entire Document |
| Complaint | Highlighted excerpts |
| TRO Application | Highlighted excerpts |
| Declaration of Eleanor M. Lackman in Support of the TRO Application | Highlighted excerpts |
| Exhibit 8 to the Declaration of Eleanor M. Lackman in Support of the TRO Application | Highlighted excerpts |

## II.  LEGAL STANDARD

A court has supervisory powers over its records and files to seal documents under appropriate circumstances.  *See United States v. Mann*, 829 F.2d 849, 853 (9th Cir. 1987).  In the Ninth Circuit, parties must demonstrate "compelling reasons" to seal information filed in connection with a dispositive motion like the instant motion for summary judgment. *Kamakana v. City & Cty. of Honolulu*, 447

Mitchell Silberberg & Knupp LLP

4

APPLICATION TO FILE DOCUMENTS UNDER SEAL

F.3d 1172, 1178-81 (9th Cir. 2006). Courts routinely hold that there are compelling reasons to seal documents subject to confidentiality agreements. *See, e.g., Hubrick Ltd. v. Wanderset, Inc.,* 2019 WL 3000652, at *4 (C.D. Cal. Mar. 19, 2019) (finding complaint and documents in support of preliminary injunction properly filed under seal).

## III.   THE DOCUMENTS SHOULD BE SEALED

There are compelling reasons to grant the requested relief. Namely, the Confidential Settlement Agreement, contained in Exhibit 4 to Irving Decl., contains an explicit provision requiring its terms to be kept confidential by the parties. *See* Confidential Settlement Agreement ¶ 4. Such public disclosure of the terms contained therein could result in injury to LAD by unilaterally making known on what terms the parties settled their dispute and potentially constituting a breach of the agreement. *See Hubrick Ltd.,* 2019 WL 3000652, at *6 (C.D. Cal. Mar. 19, 2019) ("if the Requested Documents are disclosed, Plaintiffs and Defendants risk potential law suits and injury as a result of a breached confidentiality agreement"); *Boiling Crab Franchise Co. LLC v. KL Boiling Crawfish Corp.*, 2022 WL 1499575, at *6 (W.D. Wash. May 12, 2022) ("In addressing whether to apply protective orders to settlement agreements, some courts have cited a strong public policy favoring settlement of claims as good cause for issuing a protective order for confidential settlement agreements." (collecting authority)). Additionally, for the documents other than the Confidential Settlement Agreement itself, redactions have been narrowly tailored to include only those which would disclose settlement terms. *See Kinsley Tech. Co. v. Ya Ya Creations, Inc.*, 2021 WL 12301636, at *1 (C.D. Cal. Dec. 22, 2021) ("The Court finds that both parties' redactions are narrowly tailored to protect the

Mitchell
Silberberg &
Knupp LLP

**APPLICATION TO FILE DOCUMENTS UNDER SEAL**

confidentiality of the settlement and accordingly finds good cause to allow both parties to file their materials under seal as proposed.").

## IV.    CONCLUSION

For the foregoing reasons, LAD respectfully requests that the Court grant the instant Application and enter an order granting leave to file under seal the documents referenced herein.

DATED: December 29, 2025                ELEANOR M. LACKMAN
                                        ANDREW F. NIETES
                                        MITCHELL SILBERBERG & KNUPP LLP


                                        By:    /s/ Eleanor M. Lackman
                                               Eleanor M. Lackman (SBN 298594)
                                               Andrew F. Nietes (SBN 333998)
                                               *Attorneys for Plaintiff L.A. Desserts, Inc.*


### Certificate of Compliance-L.R.11-6.2.

The undersigned, counsel of record for Plaintiff L.A. Desserts, Inc., certifies that the memorandum of points and authorities contains 546 words, which complies with the word limit of L.R. 11-6.1.


                                        By:    /s/ Eleanor M. Lackman
                                               Eleanor M. Lackman

Mitchell
Silberberg &
Knupp LLP

6

**APPLICATION TO FILE DOCUMENTS UNDER SEAL**