ELEANOR M. LACKMAN (SBN 298594)
eml@msk.com
ANDREW F. NIETES (SBN 333998)
afn@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.A. DESSERTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> 65 WALL HOLDINGS, LLC, <br><br> Defendant. | Case No. 2:25-cv-12271 <br><br> **DECLARATION OF ELEANOR M. LACKMAN** |

I, ELEANOR M. LACKMAN, hereby declare as follows:

1.      I am an attorney at law, duly licensed to practice law in the State of California.  I am, through my professional corporation, a partner with the law firm of Mitchell Silberberg & Knupp LLP ("MSK") and lead trial counsel for Plaintiff L.A. Desserts, Inc. ("LAD") in this matter. I submit this declaration regarding attempts to provide notice to Defendant 65 Wall Holding, LLC ("65WH") of LAD's *ex parte* application for a temporary restraining order (ECF No. 12).

2.      To provide notice of the LAD's *ex parte* application, on December 28, 2025, my firm gave notice of LAD's *ex parte* application by email to 65WH's counsel as listed in the Confidential Settlement Agreement and current known counsel at Brian.Bloom@gmlaw.com and Philippe.Zimmerman@gmlaw.com, as well as to zack@theivykitchenandbar.com.

Mitchell
Silberberg &
Knupp LLP

**LACKMAN DECLARATION**

3. On December 29, 2025, my firm served as-filed copies of LAD's complaint and *ex parte* application along with all supporting documents by email to last known counsel for 65WH at the above-referenced email addresses. In this email, we advised counsel pursuant to the Court's individual procedures that opposition, if any, is due no later than twenty-four (24) hours following service. We received no response.

4. On December 30, 2025, a third-party vendor engaged by my firm attempted service of LAD's complaint and *ex parte* application along with all supporting documents on 65WH's registered agent (Zachary Barrotta, 206 Iceland Drive, Huntington Station, New York 11746) but received no answer at the address.

5. On December 31, 2025, the vendor again attempted service of LAD's complaint and *ex parte* application along with all supporting documents on 65WH's registered agent at the above referenced-address but received no answer despite indications of individuals being at the address, including cars parked in the driveway and dogs barking within.

6. On December 31, 2025, our firmed directed the vendor to leave copies of LAD's complaint and *ex parte ex parte* application along with all supporting documents with an employee at 65WH's restaurant located at 65 Wall Street, Huntington, New York 11743.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 31st day of December, 2025 in Los Angeles, California.

_____
Eleanor M. Lackman

Mitchell Silberberg & Knupp LLP

2

**LACKMAN DECLARATION**