ELEANOR M. LACKMAN (SBN 298594)
  eml@msk.com
ANDREW F. NIETES (SBN 333998)
  afn@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.A. DESSERTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> 65 WALL HOLDINGS, LLC, <br><br> Defendant. | CASE NO. 2:25-cv-12271-FLA-AJR <br><br> Honorable Fernando L. Aenlle-Rocha <br><br> **PLAINTIFF'S PROOF OF ALTERNATIVE SERVICE OF PROCESS ON DEFENDANT** <br><br> Complaint Filed: 12/29/2025 |

Mitchell
Silberberg &
Knupp LLP

**PLAINTIFF'S PROOF OF ALTERNATIVE SERVICE OF PROCESS ON DEFENDANT**
21469965.1/25542-00052

# **PROOF OF SERVICE**

STATE OF NEW YORK, COUNTY OF NEW YORK

I am over the age of eighteen years and am not a party to this action; my business address is Mitchell Silberberg & Knupp LLP, 2049 Century Park East, 18th Floor, Los Angeles, CA 90067-3120, and my business email address is afn@msk.com.

On **February 18, 2026**, I served a copy of the foregoing document(s) described as:

(1) ECF 1 – Plaintiff's Complaint;

(2) ECF 11 – Court's 21 Day Summons Issued as to Defendant 65 Wall Holdings, LLC.

on counsel for Defendant 65 Wall Holdings, LLC in this action at the address below and service was accepted on **March 3, 2026**.

| | |
|---|---|
| Nino J. Caridi<br>61 Hilton Avenue, Suite 33<br>Garden City, New York 11530<br>E-mail: nino@ninocaridi.com | Counsel for Defendant 65 Wall Holdings, LLC |

☐ **BY MAIL**: I placed the above-mentioned document(s) in sealed envelope(s) addressed as set forth above, and deposited each envelope in the mail at Los Angeles, California.  Each envelope was mailed with postage thereon fully prepaid.

☐ **BY OVERNIGHT DELIVERY**:  I placed the above-mentioned document(s) in sealed envelope(s) designated by the carrier, with delivery fees provided for, and addressed as set forth above, and deposited the above-described document(s) with **FEDEX** in the ordinary course of business, by depositing the document(s) in a facility regularly maintained by the carrier or delivering the document(s) to an authorized driver for the carrier.

☐ **BY PERSONAL DELIVERY**:  I placed the above-mentioned document(s) in sealed envelope(s), and caused personal delivery by **FIRST LEGAL** of the document(s) listed above to the person(s) at the address(es) set forth above.

☒ **BY ELECTRONIC MAIL**:  I served the above-mentioned document electronically on the date indicated herein on the parties listed at the email addresses above and, to the best of my knowledge, the transmission was complete and without error in that I did not receive any electronic notifications to the contrary.

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Mitchell
Silberberg &
Knupp LLP

**PLAINTIFF'S PROOF OF ALTERNATIVE SERVICE OF PROCESS ON DEFENDANTS**

21469965.1/25542-00052

Executed on **March 11, 2026**, at New York, New York.

_____
Andrew F. Nietes

Mitchell
Silberberg &
Knupp LLP

3

**PLAINTIFF'S PROOF OF ALTERNATIVE SERVICE OF PROCESS ON DEFENDANTS**

21469965.1/25542-00052