Aimee Scala (SBN 302944)
*aimee@mazzolalindstrom.com*
**MAZZOLA LINDSTROM LLP**
2121 Avenue of the Stars, Suite 800
Los Angeles, CA 90067
Tel: (323) 208-9774

*Attorneys for Defendant*
65 WALL HOLDINGS, LLC.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.A. DESSERTS, INC., | |
| *Plaintiff,* | Case No. 25-cv-12271 |
| *v.* | **NOTICE OF APPEARANCE** |
| 65 WALL HOLDINGS, LLC, | |
| *Defendant.* | |

NOTICE OF APPEARANCE

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that the undersigned hereby appears in this action as counsel for Defendant 65 WALL HOLDINGS, LLC, and requests that all notices and all papers filed in this case be served upon them by email at: aimee@mazzolalindstrom.com.

**PLEASE TAKE FURTHER NOTICE** that this appearance does not constitute consent nor waive any defenses, including but not limited to, lack of personal jurisdiction pursuant to Fed. R. Civ. P. 12(b)(2).

Dated: March 25, 2026

**MAZZOLA LINDSTROM LLP**

By: _____
        Aimée Scala
        2121 Ave of the Stars, Suite 800
        Los Angeles, CA 90067
        Tel: (323) 208-9774

*Attorneys for Defendant*
65 WALL HOLDINGS, LLC

NOTICE OF APPEARANCE

1