Aimee Scala (SBN 302944)
*aimee@mazzolalindstrom.com*
**MAZZOLA LINDSTROM LLP**
2121 Avenue of the Stars, Suite 800
Los Angeles, CA 90067
Tel: (323) 208-9774

*Attorneys for Defendant*
65 WALL HOLDINGS, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.A. DESSERTS, INC., <br><br> *Plaintiff*, <br><br> *v.* <br><br> 65 WALL HOLDINGS, LLC, <br><br> *Defendant.* | Case No. 25-cv-12271 <br><br> **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS [Local Rule 8-3]** <br><br> Complaint served: March 3, 2026 <br> Current response date: March 24, 2026 <br> New response date: April 23, 2026 |

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT BY NOT MORE THAN 30 DAYS

IT IS HEREBY STIPULATED, by and between Plaintiff L.A. Desserts, Inc. ("Plaintiff"), and Defendant 65 WALL HOLDINGS, LLC ("Defendant"), by and through their respective attorneys of record, that the date for Defendant to respond to the Complaint may and shall be extended to April 23, 2026. Pursuant to Local Rule 8-3, Defendant's time to respond shall not be extended by more than 30 days.

Dated:        March 25, 2026

Respectfully submitted,

**MAZZOLA LINDSTROM LLP**       **MITCHELL SILBERBERG & KNUPP LLP**

By: _Aimée Scala_              By: /s/ Eleanor M. Lackman
    Aimée Scala                    Eleanor M. Lackman
    Marianna Parsali              Andrew F. Nietes
    2121 Ave of the Stars, Suite 800       2049 Century Park East, 18th FL
    Los Angeles, CA 90067         Los Angeles, CA 90067

*Attorneys for Defendant* 65 WALL       *Attorneys for Plaintiff*
HOLDINGS, LLC               *L.A. Desserts, Inc.*

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer whose CM/ECF login is used to file this stipulation attests that all other signatories listed, and on whose behalf this stipulation is submitted, concur in the filing's content and have authorized its filing.

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT BY NOT MORE THAN 30 DAYS

1